UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FURMAN, ANDREW J § Case No. 10-00082
§
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/17/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2010      By: /s/DEBORAH K. EBNER
                                  Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FURMAN, ANDREW J § Case No. 10-00082
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,009.06 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of [1] | $ | 40,009.06 |
| **Balance on hand:** | $ | 40,009.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 40,009.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 4,750.91 | 0.00 | 4,750.91 |
| Trustee, Expenses - DEBORAH K. EBNER | 474.26 | 0.00 | 474.26 |
| Accountant for Trustee, Fees - Popowcer Katten | 967.50 | 0.00 | 967.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 6,192.67 |
| Remaining balance: | $ | 33,816.39 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 33,816.39 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $69,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Internal Revenue Service | 69,000.00 | 0.00 | 33,816.39 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 33,816.39 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 919,371.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midwest Energy | 29.70 | 0.00 | 0.00 |
| 2 | SUNTRUST MORTGAGE INC | 38,348.32 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 5,145.91 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 1,678.65 | 0.00 | 0.00 |
| 5 | Fia Card Services, NA/Bank of America | 2,737.89 | 0.00 | 0.00 |
| 6 | Novusys | 5,997.24 | 0.00 | 0.00 |
| 8 | Commonwealth Land Title Ins | 173,258.01 | 0.00 | 0.00 |
| 9 | Fidelity National Title Insurance | 248,025.11 | 0.00 | 0.00 |
| 10 | Bruce H Matson LFG Trustee | 444,150.22 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon                Page 1 of 5                   Date Rcvd: Nov 16, 2010
Case: 10-00082                 Form ID: pdf006              Total Noticed: 231


The following entities were noticed by first class mail on Nov 18, 2010.
db            Andrew J Furman,    13356 Millbank Dr,    Plainfield, IL 60585-5378
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
15048906      1000 East Woodfield Assoc, LLC,    One Woodfield Lake CFE001,    P.O. Box 6105,
               Hicksville,NY,11802-6105
15048905     +11004 S. Cicero Ave., LLC,    c/o George C. Rantis, Esq,    55 W. 22nd St. #109,
               Lombard,IL 60148-4801
15048904      20 North Clark Street LLC,    c/o Hamilton Partners Inc A/R,    300 Park Blve, #500,
               Itasca,IL,60143-2656
15048903     +3077 Spectrum LLC,    c/o MLG Management,    13400 Bishops Ln #100,    Brookfield,WI 53005-6237
15048902     +4544 Partners, LLC,    4544 W. 103rd St.,    Oak Lawn,IL 60453-4865
15048901     +A-TECH,    PO Box 807,    Mount Prospect,IL 60056-0807
15048898      ACS Title Records Corporation,    P.O. Box 201322,    Dallas,TX,75320-1322
14923819      AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
15048882      AT&T,    P.O. Box 9301310,    Louisville,KY,40290-0000
15048881     +AT&T Internet Services,    PO Box 650396,    Dallas,TX 75265-0396
15048880     +AT&T Managed Internet Service,    PO Box 277109,    Atlanta,GA 30384-7109
15048879     +AT&T Mobility,    PO Box 6463,    Carol Stream,IL 60197-6463
15048899     +Access Title Company, Inc.,    205 W. Cherry Street,    Lancaster,WI 53813-1630
15048897     +Air Baud,    8250 Utah Street,    Merrillville,IN 46410-6578
15048896     +All My Sons of Milwaukee,    6204 Ace Industrial Drive,    Cudahy,WI 53110-2868
15048895     +Alphagraphics,    18W100 22nd Street,Suite 103-B,    Oakbrook Terrace,IL 60181-4798
15048894     +Alta Title Co., LLC,    2522 Golf Rd. #3,    Eau Claire,WI 54701-6033
15048893      Amerenue,    P.O. Box 66529,    Saint Louis,MO,63166-6529
15048887     +AmeriTitle & Abstract Inc,    P.O. Box 383,    Crandon,WI 54520-0383
15048888     +AmericInn of Shawano,    P.O. Box 10008,    Green Bay,WI 54307-0008
15048892     +American Arbitration Association,    6795 North Palm Avenue 2nd Floor,    Fresno,CA 93704-1088
15048891      American Express,    P.O. Box 0001,    Los Angeles,CA,90096-0001
15048890     +American Express Business Finance,    600 Travis St.,Suite 1300,    Houston,TX 77002-3029
15048889      Americas Best Value Inn,    c/o Innworks Attn: Direct Bill,    1611 W. County Rd. B #200,
               Roseville,MN,55113-4059
15048886     +Aramark Refreshment Services,    2885 S. 171st Street,    New Berlin,WI 53151-3511
15048885     +Ask Services Inc,    P.O. Box 871280,    Canton,MI 48187-6280
15048878      Atmos Energy,    P.O. Box 78108,    Phoenix,AZ,85062-8108
15048877     +Attorneys Title Insurance Fund,    PO Box 8100,    Aurora,IL 60507-8100
15048876     +Attorneys’ Title Insurance Fund,    6545 Corporate Centre Blvd,    Orlando,FL 32822-1548
15048864     +BMT Leasing Inc,    c/o Barbara Lanza Farley,    PO Box 53659,    Philadelphia,PA 19105-3659
15048858     +BYRD Mobile Notary Inc,    6710 Lake Cove Ct,    Suffolk,VA 23435-2933
15048875      Bandwidth.com,    Dept CH 17337,    Palatine,IL,60055-7337
14923820      Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
15048873     +Bank of America & Bank of New York,    500 N. Michigan,    Chicago,IL 60611-3777
15048871     +Bank of America, N.A.,    500 N. Michigan,    Chicago,IL 60611-3777
15048872     +Bank of America, f/k/a,    Creditor Interchange,    80 Holtz Dr.,    Buffalo,NY 14225-1470
15048869     +Belpro Fire Specialists Inc.,    W1796 Elk Lane,    Kaukauna,WI 54130-7101
15048868     +Best Western,    7220 122nd Ave,    Kenosha,WI 53142-7313
15048867     +Best Western Campus Inn,    815 Park Ave,    Beaver Dam,WI 53916-2205
15048866      Bi-State Industries Inc,    105 Concord Plaza, Suite 211,    Saint Louis,MO,63128-0000
15048865     +Blanca Corral,    7743 Mount Drive,    Schererville,IN 46375-3379
15048863     +Bradley and Lori Emmert,    c/o Rollie Hanson,    10150 West National Ave. #370,
               West Allis,WI 53227-2152
14923821     +Brian A. Carrara,    11278 Laura Lane,    Frankfort, IL 60423-8195
15555627     +Bruce H Matson LFG Trustee,    LeClair Ryan,    Riverfront Plaza, East Tower,
               951 E Byrd Street, 8th Floor,    Richmond, VA 23219-4055
15048860      Bud Alamprese,    c/o Thomas M. Breen, Esq,    619 S. Addison Rd,,Addison,IL,60101-0000
15048859     +Business Only Broadband,    777 Oakmont Lane,Suite 2000,    Westmont,IL 60559-5504
15048850     ++CINTAS DOCUMENT MANAGEMENT,    10801 KEMPWOOD DR STE 4,    HOUSTON TX 77043-1414
              (address filed with court: Cintas Document Management,    PO Box 633842,
               Cincinnati,OH,45263-3842)
15048846     +CNA Surety,    8137 Innovation Way,    Chicago,IL 60682-0001
15048835     +CYMA,    2330 W. University,Suite 7,    Tempe,AZ 85281-7294
15048857     +Capital Newspapers,    PO Box 8759,    Madison,WI 53708-8759
14923822      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14923823      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15256233      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15048853      Chicago Title Insurance Co.,    PO Box 987,    Waukesha,WI,53187-0987
15048852      Chicago Title Insurance Company,    c/o Richard L. Zaffiro,    4261 N. 92nd St.,
               Milwaukee,WI,53222-1617
15048851     +Cintas Document Management,    PO Box 5007,    De Pere,WI 54115-5007
15048848      Citadel Information Management,    829 Blackhawk Dr,    Westmont,IL,60559-1119
15048847     +Clausen Miller P.C.,    10 S. LaSalle,    Chicago,IL 60603-1098
15048843     +Comfort Inn,    77 Holiday Lane,    Fond Du Lac,WI 54937-9143
15048842     +Commonwealth Land Title Ins,    Fidelity National Title Group,    505 E. North Ave,
               Carol Stream,IL 60188-2126
15048841     +Commonwealth Land Title Ins Premium,    Fidelity National Title Group,    505 E. North Ave,
               Carol Stream,IL 60188-2126
15048840     +Corporate Business Systems,    6300 Monona Drive,    Madison,WI 53716-3977
15048839     +Country Inns & Suites,    2000 Gateway Ct,    West Bend,WI 53095-8535
15048836     +Culligan Water of St. Louis,    2380 Cassens Dr,    Fenton,MO 63026-2503
15048824      DRA-CLP CP TAMPA, LLC,    c/o J Gundlach/Trenam Kemker etc.,    Office Box 1102,
               Tampa,FL,33601-1102
15048823      DRA/CLP Bayside Tampa LLC,    PO Box 933831,    Atlanta,GA,31193-3831
15048832      Days Inn - Johnson Creek,    W 4545 Linmar Lane,    Johnson Creek,WI,53038-0000
15048830     +DeLage Landen Financial Services,    c/o W Callahan/Flamm Boroff Bacine,    794 Penllyn Pike,
               Blue Bell,PA 19422-1669
```

```
District/off: 0752-1          User: kseldon              Page 2 of 5                 Date Rcvd: Nov 16, 2010
Case: 10-00082                Form ID: pdf006            Total Noticed: 231

15048831      +Dean Insurance Co.,    230 N. Westmonte Dr #2100,    Altamonte Springs,FL 32714-0609
14923825      +Deborah Furman,    13356 Millbank Rd.,    Plainfield, IL 60585-5378
14923827      +Deborah L. Furman,    13356 Millbank Rd,    Plainfield, IL 60585-5378
15048829      +Deluxe Business Forms,    PO Box 742572,    Cincinnati,OH 45274-2572
15048828      +Desmond & Ahern,    10827 S. Western Ave.,    Chicago,IL 60643-3299
14923828       DirecTv,    P.O. Box 9001069,    Louisville, KY 40290-1069
15048827      +DirectTV,    PO Box 60036,    Los Angeles,CA 90060-0036
15048825      +Document Imaging Services,    Attn: Jim Feeney,    155 Hanley Industrial Ct,
                Saint Louis,MO 63144-1516
15048822      +Dunn County Abstract & Title,    815 7th St,    Menomonie,WI 54751
15048818      +EGP, Inc.,    PO Box 1363,    Orlando,FL 32802-1363
15048821      +Eagle Research Group Inc,    1906 Winged Foot Dr,    Nixa,MO 65714-9466
15048820      +Eagle Title Co.,    PO Box 160,    Coon Valley,WI 54623-0160
15048809     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     1701 W. Golf Rd.,1MOC2A,
                Rolling Meadows,IL,60008-0000)
15048816      +Federal Express VT RTS-NLS,    PO Box 94515,    Palatine,IL 60094-4515
15048815      +Fidelity National Title Ins Co - FL,    2400 Maitland Center Pkwy,Suite 210,
                Maitland,FL 32751-7441
15048813      +Fidelity National Title Insurance,    c/o R Damashek/Stahl Cowen Crowley,
                55 W. Monroe, Suite 1200,    Chicago,IL 60603-5127
15048814      +Fidelity National Title Insurance,    c/o Robert Berger/Schiff Hardin LLP,
                233 S Wacker Dr, Suite 6600,    Chicago,IL 60606-6360
15048812      +Fidelity Natl Ins Co - IN,    Fidelity National Title Group,    1360 E. 9th St., Suite 500,
                Cleveland,OH 44114-1728
15048811      +Fidelity Natl Title Ins Co -IL & WI,    Fidelity National Title Group,    505 East North Ave,
                Carol Stream,IL 60188-2126
14923829      +Fifth Third Bank,    P.O. Box 630337,    Cincinnati, OH 45263-0337
15048810      +Fifth Third Bank,    222 South Riverside Plaza,1MOC2A,    Chicago,IL 60606-5808
15048807      +First American Real Estate Sol,    PO Box 847239,    Dallas,TX 75284-7239
15048806      +First American Title Insurance Co,    PO Box 386,    Waupaca,WI 54981-0386
15048804      +Fitzpatrick Select Services,    3035 N Booth Street,    Milwaukee,WI 53212-2130
15048803      +Flagler Development Company, LLC,    c/o WB Gillam/Milam Howard Nicandri,    14 East Bay Street,
                Jacksonville,FL 32202-3413
15048802      +Florida Electrical Service,    4151 112th Terrace N,    Clearwater,FL 33762-4937
15048801      +Fox Signing Services,    1239 Merchant St,    Ambridge,PA 15003-2278
15048800      +George C. Rantis,    55 West 22nd Street,#109,    Lombard,IL 60148-4801
15048797      +Global Linking Solutions,    PO Box 410743,    Charlotte,NC 28241-0743
15048796      +Global Services,    PO Box 3009,    Houston,TX 77253-3009
15048795      +Global Services,    10688 Haddington Drive,    Houston,TX 77043-3229
14923830      +Go-Gas Propane,    P.O. Box 735,    Dowagiac, MI 49047-0735
15048793      +Grand Park Management Corp,    PO Box 404,    Valparaiso,IN 46384-0404
15048792      +Green Lake Title & Abstract Co,    PO Box 510,    Green Lake,WI 54941-0510
15048788      +HQ Global Workplaces,    1800 Pembrook Dr. #300,    Orlando,FL 32810-6378
15048787       HSW Associates Inc.,    5018 N. Clark Ave,    Tampa,FL,33614-6532
15048790       Hinckley Springs,    PO Box 660579,    Dallas,TX,75266-0579
15048789      +Home Owner Publications,    10936 N. Port Washington Rd.,Suite #132,    Mequon,WI 53092-5031
15048785      +Impact Networking,    953 Northpoint Boulevard,    Waukegan,IL 60085-8214
15048784      +Information Services of IL,    Attn: Accounting Dept,    1980 Post Oak Blvd #1010,
                Houston,TX 77056-3899
15541284       Internal Revenue Service,    PO Box 970028,    Saint Louis, MO 63197-0028
15048783      +James Long-Grande Market 5793,    5735 W. Spencer St.,    Appleton,WI 54914-9115
15048782      +Jennifer Sederquist,    262 Castle Wynd Dr,    Loves Park,IL 61111-8915
15048781      +John McDonald,    c/o David T. Streett, Esq.,    1051 N. Harrison Ave,    Saint Louis,MO 63122-2612
15048779      +Juan Oblitas,    c/o William Kevin Russell,    14295 Tamiami Trail,    North Port,FL 34287-2215
15048778      +K&L Gates,    1601 K. Street NW,    Washington,DC 20006-1682
15048777      +Kane County Treasurer,    719 Batavia Ave, Bldg A,    Geneva,IL 60134-3079
15048776      +Kendall County Recorder,    11 W. Fox Street,    Yorkville,IL 60560
15048775      +Kenosha Co. Register of Deeds,    1010 56th Street,    Kenosha,WI 53140-3765
14923831      +Kevin M. Murphy,    10769 Cambria Court,    Huntley, IL 60142-4049
15048774      +Key Equipment Finance,    11030 Circle Point Road,2nd Fl,    Westminster,CO 80020-2755
15048773      +King Klean,    5017 Amy Dr,    Crystal Lake, IL 60014-6305
15048772       Laclede Gas Company,    Drawer 2,    Saint Louis,MO,63171-0001
15048771       Lake County Recorder,    18 N. County Street,Lake County Building,    Waukegan,IL,60085-0000
15048770      +LandAmerica Financial Group,    Attn: Robert Gandhi,    5600 Cox Road,    Glen Allen,VA 23060-9266
15048769      +Laraway Center, LLC,    c/o Steven Plato Troy, Esq.,    5 E. Van Buren St., Suite 306,
                Joliet,IL,60432-4225
15048768      +Law Bulletin,    415 N. State Street,    Chicago,IL 60654-4674
15048766       Law Offices of Jeffrey Herzog,    3106 Alernate US 19,    Palm Harbor,FL,34683-0000
15048765      +Lawyer’s Title Insurance Co.,    601 Riverside Ave,    Jacksonville,FL 32204-2901
15048764       Leslie Bishop,    c/o Rodney Salvati,    245 Tamiami Trail,    Venice,FL,34285-0000
15048763       Lombardi Center, LLC,    c/o Commercial Horizon, Inc.,    PO Box 11237,    Green Bay,WI,54307-1237
15048762      +Madison County Recorder,    157 N. Maid Suite 211,PO Box 308,    Edwardsville,IL 62025-0308
15048761       Marlin Leasing,    PO Box 13604,    Philadelphia,PA,19101-3604
15048760      +Marlin Leasing Corp,    300 Fellowship Rd.,    Mount Laurel,NJ 08054-1727
15048759      +Mastercraft Coffee Service,    507 Busse Rd,    Elk Grove Village,IL 60007-2116
15048758      +McDonald Title Company, Inc,    PO Box 630,    Stevens Point,WI 54481-0630
15048757      +McHenry County Recorder,    2200 N. Seminary Ave,    Woodstock,IL 60098-2694
14923832       Midwest Energy,    901 East State Street,    P.O. Box 127,    Cassopolis, MI 49031-0127
15048754       Milwaukee Office Products Inc,    W226 N887 Eastmound Dr,    Waukesha,WI,53186-1678
15048753      +Monika Bartlomiejczuk,    c/o Magic Cleaning Services,    10445 S. Mansfield Ave #3A,
                Oak Lawn,IL 60453-4396
15048744       NPSCO,    PO Box 13007,    Merrillville,IN,46411-3007
```

```
District/off: 0752-1          User: kseldon               Page 3 of 5                   Date Rcvd: Nov 16, 2010
Case: 10-00082                Form ID: pdf006             Total Noticed: 231

14923833      National City,    P.O. Box 2349,    Kalamazoo, MI 49003-2349
15048751     +National Land Title Insurance,    1980 Post Oak Boulevard,    Houston,TX 77056-3899
15048750     +New Edge Networks Wan,    Unit 47 P.O. Box 4800,    Portland,OR 97208-4800
15048749     +New Haven Companies,    P.O. Box 7007,    Fredericksburg,VA 22404-7007
15048748      Newitech LLC,    101 S. Military Ave Suite P,PMB #258,    Green Bay,WI,54303-2409
15048746     +Noonan & Lieberman,    105 W. Adams Street,Suite 3000,    Chicago,IL 60603-6228
15048745     +Novusys,    806 Bonnie Brook Drive,    Prospect Heights,IL 60070-1606
15048743      Office Depot, Inc.,    PO Box 633211,    Cincinnati,OH,45263-3211
15048742     +On letterhead,    360 S. Reynolds Rd Ste B,    Toledo,OH 43615-5976
15048741     +Park Plaza at High Crossing, LLC,    c/o Ethan Miller/WR Stewart Assoc.,
               330 E. Wilson St., Suite 100,    Madison,WI 53703-3991
15048740     +Peninsula Title Co,    1242 Green Bay Rd,    Sturgeon Bay,WI 54235-3819
15048739     +Pitney Bowes Bank, Inc.,    c/o Borst & Collins, LLC,    180 N. Stetson Ave, Suite 3050,
               Chicago,IL 60601-6718
15048738     +Plainfield Jr. Village (School),    13300 South Route 59,    Plainfield, IL 60585-9847
14923834      Plainfield Jr. Village (School),    Plainfield, IL 60585
14923835     +Plainfield Pediatric Dentistry,    24023 West Lockport Street,    Plainfield, IL 60544-1652
15048736      Polo Towne Crossing,    c/o Gini Marziani,    1255 Wacker #1700,    Chicago,IL,60606-0000
15048735      Portable Cooling and Heating,    PO Box 1152,    Franklin,TN,37065-1152
15048734     +Portage County Title LLC,    2926 Post Road Suite A,,    Stevens Point,WI 54481-6417
15048731     +Progress Energy,    P.O. Box 33199,    Saint Petersburg,FL 33733-8199
15048730      Promo Hagen,    PO Box 527,    Port Washington,WI,53074-0527
15048729      Property Info,    PO Box 974587,    Dallas,TX,75397-4587
15048728      Property Info Corporation,    c/o Bill Helmer, Esq.,    2721 Division St.,,Metairie,LA,70002-000
15048727     +Property Insights,    1007 E. Cooley Dr,    Colton,CA 92324-3901
15048726     +Quality Title Inc,    102 S. Court,    Merrill,WI 54452-2514
15048725      Quill Corporation,    PO Box 37600,    Philadelphia,PA,19101-0600
15048721     +RCG Enterprises,    PO Box 934,    Appleton,WI 54912-0934
15048720      RDD Imaging, Inc.,    c/o Michael P. Edgerton, Esq,    125 Wood Street - PO Box 218,
               West Chicago,IL,60186-0218
15048716     +RGB Construction Co.,    25 N. Brentwood Blvd,    Saint Louis,MO 63105-3709
15048713      RLJ Closing Services, Inc.,    2202 Wesley Ave,    Evanston,IL,60201-2648
15048723     +Ramada, Ltd. Sturtevant,    13350 Hospitality Ct.,    Sturtevant,WI 53177
15048722      Ramquest Software Inc,    PO Box 974540,    Dallas,TX,75397-4540
15048719     +Real Central LLC,    235 Queen St.,    Honolulu,HI 96813-4611
15048718     +Realty Data Corp,    900 Merchants Concourse,Suite LL-13,    Westbury, NY 11590-5121
15048717     +Remax,    7528 W. North Ave,    Elmwood Park,IL 60707-4141
15048715      Richard L. Zaffiro,    4261 N. 92nd St.,    Wauwatosa,WI,53222-1617
15048714     +Riordan and Scully Insurance,    815 Commerce Dr. Suite 240,    Oak Brook,IL 60523-8728
14923837     +Robert P. Reynolds,    9635 S. Lawndale St.,    Evergreen Park, IL 60805-2906
15129017     +SUNTRUST MORTGAGE INC,    BANKRUPTCY DEPARTMENT RVW 3034,    P.O BOX 27767,
               RICHMOND VA 23261-7767,    800-443-1032
15048712     +Sawyer County Abstract and Title,    PO Box 3128,    Milwaukee,WI 53201-3128
15048711      Secure On-Site Shredding,    PO Box 357,    Dunedin,FL,34697-0357
15048710      Shell,    PO Box 9016,    Des Moines,IA,50368-9016
15048709      Shumaker Loop & Kendrick LLP,    PO Box 172609,    Tampa,FL,33672-0609
15048708      Signs By Tomorrow,    421 W 81st Ave,    Merrillville,IN,46410-5317
15048706     +St. Louis County,    Attn: Collector of Revenue,    41 S. Central Ave,    Saint Louis,MO 63105-1719
14923839     +State Farm,    2702 Ireland Grove Road,    Bloomington, IL 61709-0001
14923838     +State Farm,    Corporate Address,    2702 Ireland Grove Road,    Bloomington, IL 61709-0001
14923840     +State Farm,    1011 Broadway,    Niles, MI 49120-2795
15048703     +State Farm Insurance,    2702 Ireland Grove Road,    Bloomington,IL 61709-0002
15048702     +Stelletto & Schwartz,    Attn: David Allen,    120 N. LaSalle St. 34th FL,    Chicago,IL 60602-2485
15048701     +Stewart Title Guaranty Co - Claims,    1980 Post Oak Blvd,Suite 800,    Houston,TX 77056-3826
15048700     +Stewart Title Guaranty Co.,    c/o M. Catheryn Oakland,    330 Madison Ave South, Suite 201,
               Bainbridge Island,WA 98110-2544
15048699     +Stewart Title Guaranty Company,    c/o Michael Cohn/Awerbach & Choh,
               2600 McCormick Dr. Suite 100,    Clearwater,FL 33759-1029
15048698     +Sunshine Signing Connection,    8916 Chilton Dr,    Port Richey,FL 34668-5206
14923841      Suntrust Mortgage Company,    RVW-3003,    P.O. Box 26149,    Richmond, VA 23260-6149
15048697     +T M Title Service Inc,    315 E. LaSalle Ave,    Barron,WI 54812-1502
15048696     +T&G, LLC,    PO Box 198,    Schererville,IN 46375-0198
15048694     +TG Express,    c/o Charles Price, Koshiba Agena,    1003 Bishop Street, Suite 2600",
               Honolulu,HI 96813-6471
15048686     +TSI Title Services, LLC,    220 W Washington St,Suite H,    Lebanon,IN 46052-1690
15048685     +TTR Shipping,    1000 Campus Dr,    Stow,OH 44224-1763
15048695     +Taxes Unlimited, Inc.,    111 W. Washington St, #1040",    Chicago,IL 60602-2741
15048693      The Times,    PO Box 644027,    Cincinnati,OH,45264-4027
15048692     +Those Girls Abstracting,    1817 Orange Boulevard Way,    Palm Harbor,FL 34683-3550
15048691      Time Warner Cable,    PO Box 3237,,,Milwaukee,WI,53201-3237
15048690     +Title Marketing Co., Inc.,    4376 Westhampton Place Ct,    Saint Charles,MO 63304-8028
15048689     +Town of Munster,    1005 Ridge Rd,    Munster,IN 46321-1849
15048688     +Transnations Title Ins Premium,    140 East Washington Street,    Indianapolis,IN 46204-3615
15048687      Travelers,    CL & Speciality Remittance Cntr,    Hartford,CT,06183-1008
15048684     +U-Haul Storage Park Street,    5200 Park St,    Saint Petersburg,FL 33709-1012
14923843     +Village of Plainfield-Water Dept.,    24401 W. Lockport Street,    Plainfield, IL 60544-2313
14923844     +Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
14923845     +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0752-1           User: kseldon              Page 4 of 5                   Date Rcvd: Nov 16, 2010
Case: 10-00082                 Form ID: pdf006            Total Noticed: 231

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Nov 17, 2010.
aty            +E-mail/Text: blyong@golanchristie.com                                 Barbara L Yong,
                 Golan & Christie LLP,    70 W Madison    Suite 1500,    Chicago, IL 60602-4265
15048900       +E-mail/Text: cnagy@abs-wi.com                                          Accent Business Solutions, Inc.,
                 P.O. Box 1915,    Appleton,WI 54912-1915
15048861        E-mail/Text: gore_da@co.brown.wi.us                                    Brown County Register Deeds,
                 PO Box 23600,    Green Bay,WI,54305-3600
15048849       +E-mail/Text: citjaxbankruptcy@cit.com                                  CIT Technology Financing Services,
                 4600 Touchton Rd.,E Building,    Jacksonville,FL 32246-8299
15048844        E-mail/Text: legalcollections@comed.com                                COM ED,    Bill Payment Center,
                 Chicago,IL,60668-0001
14923824        E-mail/Text: legalcollections@comed.com                                Com Ed,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
15048834       +E-mail/Text: tree-trace-legal.sna.ca@firstam.com                       Data Tree,
                 4 First American Way,    Santa Ana,CA 92707-5913
15048833        E-mail/Text: tree-trace-legal.sna.ca@firstam.com                       Datatree,
                 PO Box 849710,    Dallas,TX,75284-9710
15048819        E-mail/Text: bankruptcy@j2global.com                                   Efax Corporate,
                 c/o j2 Global Communications,    PO Box 51873,    Los Angeles,CA,90051-6173
15048817        E-mail/Text: credit7@entergy.com                                       Entergy,    PO Box 8104,
                 Baton Rouge,LA,70891-8104
15370265        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2010 02:25:08
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK  73124-8809
15048805        E-mail/Text: aschoenauer@firstinsurancefunding.com
                 First Insurance Funding Corp,    8078 Innovation Way,    Chicago,IL,60682-0080
15048798        E-mail/Text: bankruptcy@pb.com                                         Global Financial Services,
                 PO Box 856460,    Louisville,KY,40285-6460
15048767       +E-mail/Text: jkottaras@yahoo.com                                       Law Office of James Kottaras, P.C.,
                 180 W. Washington, Suite 810,    Chicago,IL 60602-3581
15048747        E-mail/Text: bankrup@nicor.com                                         NICOR,    P.O. Box 416,
                 Aurora,IL,60568-0001
15048733        E-mail/Text: bankruptcy@pb.com                                         Postage By Phone Plus,    PO Box 856042,
                 Louisville,KY,40285-6042
15048724        E-mail/Text: bklaw@qwest.com                                           Qwest,    PO Box 856169,
                 Louisville,KY,40285-6169
15048707       +E-mail/Text: robertw@spectrumgroupllc.com
                 Spectrum Development Group, LLC,    Attn: Robert C. Westfall,    6526 River Parkway,
                 Milwaukee,WI 53213-3263
14923842       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 17 2010 02:25:10    Verizon Wireless,
                 777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15048837       Culligan Water Conditioning Co,   8911 Veterans Memorial Pkwy
15048799       George Reynolds,   c/o Desmond & Ahern, Ltd.,   10827 S. Western Avenue,,Chicago,IL,6064
15048884*      AT&T,   P.O. Box 8100,    Aurora,IL,60507-8100
15048874*      Bank of America,    P.O. Box 15026,    Wilmington,DE,19850-5026
15048856*      Capital One,    P.O. Box 30285,    Salt Lake City,UT,84130-0285
15048854*      Chase,   P.O. Box 15298,    Wilmington,DE,19850-5298
15048855*      Chase,   P.O. Box 15298,    Wilmington,DE,19850-5298
15048845*      Com Ed,    P.O. Box 6111,    Carol Stream,IL,60197-6111
14923826*     +Deborah Furman,    13356 Millbank Rd,    Plainfield, IL 60585-5378
15048826*      DirecTv,   P.O. Box 9001069,    Louisville,KY,40290-1069
15048794*     +Go-Gas Propane,    P.O. Box 735,    Dowagiac,MI 49047-0735
15048786*     +Impact Networking,    953 Northpoint Boulevard,    Waukegan,IL 60085-8214
15048755*      Midwest Energy,    901 East State Street P.O. Box 127,    Cassopolis,MI,49031-0127
15048752*      National City,    P.O. Box 2349,    Kalamazoo,MI,49003-2349
15048737*     +Plainfield Pediatric Dentistry,    24023 West Lockport Street,    Plainfield,IL 60544-1652
15048704*     +State Farm,    1011 Broadway,    Niles,MI 49120-2795
15048705*     +State Farm,    2702 Ireland Grove Road,    Bloomington,IL 61709-0001
15048883      ##+AT&T,   P.O. Box 930170,    Dallas,TX 75393-0170
15048862      ##+BRB Abstracting Inc,    6412 S. Howell Ave,    Oak Creek,WI 53154-1104
15048870      ##+Barbara Moon,   103 Jackson Ave South,    Jacksonville,FL 32220-2305
15048838      ##+Crossroads Courier,    132 Weldon Pkwy,    Maryland Heights,MO 63043-3102
15048808      ##+Finstad Land & Spatial Survey,    4061 Bonita Beach Rd,Suite 207,    Bonita Springs,FL 34134-4073
15048791      ##+Hal Systems Corp.,    12750 Merit Dr #810,    Dallas,TX 75251-1242
15048780      ##+John Roger Cox,    6620 Woodlands Pkwy,Suite D,    The Woodlands,TX 77382-2415
15048756      ##+Metropolitan Title Data, Inc.,    155 Hanley Industrial Ct,    Brentwood,MO 63144-1516
15048732      ##+Professional Communication Systems,    N83 W 13280 Leon Rd.,    Menomonee Falls,WI 53051-3304
14923836      ##+Residential Title Services, Inc.,    1910 S. Highland Ave., #150,    Lombard, IL 60148-6161
                                                                                              TOTALS: 2, * 15, ## 10
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: kseldon           Page 5 of 5              Date Rcvd: Nov 16, 2010
Case: 10-00082                Form ID: pdf006         Total Noticed: 231

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**                    **Signature:**    *Joseph Speetjens*