# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FURMAN, ANDREW J                                   Case No. 10-00082

                                                          Chapter   7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $102,127.00 |
| Total Distribution to Claimants: $33,817.24 | Claims Discharged Without Payment: $9,406,162.98 |
| Total Expenses of Administration: $6,192.67 | |

   3) Total gross receipts of $   40,009.91    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   0.00    (see **Exhibit 2**), yielded net receipts of $40,009.91 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $375,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,192.67 | 6,192.67 | 6,192.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 164,987.49 | 63,940.54 | 63,940.54 | 33,817.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,438,122.93 | 919,371.05 | 919,371.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,978,110.42 | $989,504.26 | $989,504.26 | $40,009.91 |

    4) This case was originally filed under Chapter 7 on January 04, 2010. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2011    By: /s/DEBORAH K. EBNER
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11750 Dutch Settlement Vandalia, MI. | 1110-000 | 40,000.00 |
| Interest Income | 1270-000 | 9.91 |
| **TOTAL GROSS RECEIPTS** | | **$40,009.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 375,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$375,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 4,750.91 | 4,750.91 | 4,750.91 |
| DEBORAH K. EBNER | 2200-000 | N/A | 474.26 | 474.26 | 474.26 |
| Popowcer Katten | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,192.67 | 6,192.67 | 6,192.67 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Internal Revenue Service | 5800-000 | 63,940.00 | 63,940.54 | 63,940.54 | 33,817.24 |
| NOTFILED | City of Green Bay Assessors Office Room # 102 | 5200-000 | 364.75 | N/A | N/A | 0.00 |
| NOTFILED | City of Madison Attn: Treasurer's Office | 5200-000 | 299.44 | N/A | N/A | 0.00 |
| NOTFILED | City of West Allis Attn: Treasurer's Office | 5200-000 | 7,489.97 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Workforce Development Division of | 5200-000 | 17,417.27 | N/A | N/A | 0.00 |
| NOTFILED | IL Dept of Employment Security | 5200-000 | 1,049.21 | N/A | N/A | 0.00 |
| NOTFILED | IIIinois Depatment of Revenue | 5200-000 | 6,644.94 | N/A | N/A | 0.00 |
| NOTFILED | IN Department of Revenue | 5200-000 | 396.72 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Depatment of Revenue | 5200-000 | 1,300.94 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Treasurer | 5200-000 | 5,872.25 | N/A | N/A | 0.00 |
| NOTFILED | Mike Hogan, Tax Collector | 5200-000 | 731.63 | N/A | N/A | 0.00 |
| NOTFILED | Missouri Dept of Labor and IND | 5200-000 | 4,471.88 | N/A | N/A | 0.00 |
| NOTFILED | Town of Grand Chute | 5200-000 | 697.21 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Dept. of Revenue | 5200-000 | 39,311.28 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 164,987.49 | 63,940.54 | 63,940.54 | 33,817.24 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midwest Energy | 7100-000 | N/A | 29.70 | 29.70 | 0.00 |
| 2 | SUNTRUST MORTGAGE INC | 7100-000 | 37,450.00 | 38,348.32 | 38,348.32 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,300.00 | 5,145.91 | 5,145.91 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 1,600.00 | 1,678.65 | 1,678.65 | 0.00 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | 3,000.00 | 2,737.89 | 2,737.89 | 0.00 |
| 6 | Novusys | 7100-000 | 5,028.49 | 5,997.24 | 5,997.24 | 0.00 |
| 8 | Commonwealth Land Title Ins | 7100-000 | N/A | 173,258.01 | 173,258.01 | 0.00 |
| 9 | Fidelity National Title Insurance | 7100-000 | N/A | 248,025.11 | 248,025.11 | 0.00 |
| 10 | Bruce H Matson LFG Trustee | 7100-000 | N/A | 444,150.22 | 444,150.22 | 0.00 |
| NOTFILED | BYRD Mobile Notary Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Newspapers | 7100-000 | 520.25 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title Insurance Co. | 7100-000 | 2,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title Insurance Company c/o Richard L. Zaf | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Document Management | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Document Management | 7100-000 | 1,562.60 | N/A | N/A | 0.00 |
| NOTFILED | CIT Technology Financing Services | 7100-000 | 31,403.19 | N/A | N/A | 0.00 |
| NOTFILED | Citadel Information Management | 7100-000 | 547.25 | N/A | N/A | 0.00 |
| NOTFILED | Clausen Miller P.C. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CNA Surety | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | COM ED | 7100-000 | 817.63 | N/A | N/A | 0.00 |
| NOTFILED | Comfort Inn | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Land Title Ins Fidelity National Titl | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Land Title Ins Premium Fidelity Natio | 7100-000 | 800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Business Systems | 7100-000 | 379.80 | N/A | N/A | 0.00 |
| NOTFILED | Country Inns & Suites | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Crossroads Courier | 7100-000 | 74.46 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Water Conditioning Co | 7100-000 | 17.20 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Water of St. Louis | 7100-000 | 9.12 | N/A | N/A | 0.00 |
| NOTFILED | CYMA | 7100-000 | 1,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Data Tree | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Datatree | 7100-000 | 3,689.63 | N/A | N/A | 0.00 |
| NOTFILED | Days Inn - Johnson Creek | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Dean Insurance Co. | 7100-000 | 659.53 | N/A | N/A | 0.00 |
| NOTFILED | DeLage Landen Financial Services c/o W Callahan/Fl | 7100-000 | 14,151.00 | N/A | N/A | 0.00 |
| NOTFILED | Deluxe Business Forms | 7100-000 | 4,374.41 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Desmond & Ahern | 7100-000 | 65,034.54 | N/A | N/A | 0.00 |
| NOTFILED | DirectTV | 7100-000 | 173.84 | N/A | N/A | 0.00 |
| NOTFILED | Direct Tv | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Document Imaging Services Attn: Jim Feeney | 7100-000 | 734.00 | N/A | N/A | 0.00 |
| NOTFILED | DRA-CLP CP TAMPA, LLC c/o J Gundlach/ Trenam Kemke | 7100-000 | 2,120.84 | N/A | N/A | 0.00 |
| NOTFILED | DRA/CLP Bayside Tampa LLC | 7100-000 | 99,418.84 | N/A | N/A | 0.00 |
| NOTFILED | Dunn County Abstract & Title | 7100-000 | 142.50 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Research Group Inc | 7100-000 | 294.04 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Title Co. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Efax Corporate c/o j2 Global Communications | 7100-000 | 1,132.60 | N/A | N/A | 0.00 |
| NOTFILED | EGP, Inc. | 7100-000 | 3,426.06 | N/A | N/A | 0.00 |
| NOTFILED | Entergy | 7100-000 | 1,539.62 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express VT RTS-NLS | 7100-000 | 7,975.39 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Inc Co - FL | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Insurance c/o Robert Berge | 7100-000 | 227,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity National Title Insurance c/o R Damashek/S | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Natl Ins Co - IN Fidelity National Title | 7100-000 | 17,451.60 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Natl Ins Co -IL & WI  Fildelity National | 7100-000 | 179,201.70 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 11,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 11,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Finstad Land & Spatial Survey | 7100-000 | 2,725.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Real Estate Sol | 7100-000 | 1,361.07 | N/A | N/A | 0.00 |
| NOTFILED | First American Title Insurance Co | 7100-000 | 1,361.07 | N/A | N/A | 0.00 |
| NOTFILED | First Insurance Funding Corp | 7100-000 | 5,639.97 | N/A | N/A | 0.00 |
| NOTFILED | Fitzpatrick Select Services | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Flagler Development Company, LLC c/o WB Gillam/Mil | 7100-000 | 62,516.07 | N/A | N/A | 0.00 |
| NOTFILED | Florida Electrical Service | 7100-000 | 477.88 | N/A | N/A | 0.00 |
| NOTFILED | Fox Signing Services | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | George C. Rantis | 7100-000 | 27,764.12 | N/A | N/A | 0.00 |
| NOTFILED | George Reynolds Desmond & Ahern,Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Global Financial Services | 7100-000 | 28,984.89 | N/A | N/A | 0.00 |
| NOTFILED | Global Linking Solutions | 7100-000 | 12,542.48 | N/A | N/A | 0.00 |
| NOTFILED | Global Services | 7100-000 | 897.30 | N/A | N/A | 0.00 |
| NOTFILED | Global Services | 7100-000 | 2,617.16 | N/A | N/A | 0.00 |
| NOTFILED | Go-Gas Propane | 7100-000 | 300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grand Park Management Corp | 7100-000 | 29,526.24 | N/A | N/A | 0.00 |
| NOTFILED | Green Lake Title & Abstract Co | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Hal Systems Corp. | 7100-000 | 3,247.70 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 1,829.58 | N/A | N/A | 0.00 |
| NOTFILED | Home Owner Publications | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | 1000 East Woodfield Assoc, LLC One Woodfield Lake | 7100-000 | 70,649.01 | N/A | N/A | 0.00 |
| NOTFILED | 11004 S. Cicero Ave, LLC | 7100-000 | 64,460.55 | N/A | N/A | 0.00 |
| NOTFILED | 11004 S. Cicero Ave., LLC c/o George C. Rantis, Es | 7100-000 | 27,764.12 | N/A | N/A | 0.00 |
| NOTFILED | 20 North Clark Street LLC c/o Hamilton Partners In | 7100-000 | 53,994.07 | N/A | N/A | 0.00 |
| NOTFILED | 3077 Spectrum LLC c/o MLG Management | 7100-000 | 4,999.99 | N/A | N/A | 0.00 |
| NOTFILED | 4544 Partners,LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A-TECH | 7100-000 | 4,557.00 | N/A | N/A | 0.00 |
| NOTFILED | Accent Business Solutions, Inc. | 7100-000 | 776.30 | N/A | N/A | 0.00 |
| NOTFILED | Access Title Company, Inc. | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | ACE Title Records Corporation | 7100-000 | 7,209.90 | N/A | N/A | 0.00 |
| NOTFILED | Air Baud | 7100-000 | 285.07 | N/A | N/A | 0.00 |
| NOTFILED | All My Sons of Milwaukee | 7100-000 | 3,182.50 | N/A | N/A | 0.00 |
| NOTFILED | Alphagraphics | 7100-000 | 27,995.28 | N/A | N/A | 0.00 |
| NOTFILED | Alta Title Co., LLC | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| NOTFILED | Amerenue | 7100-000 | 142.79 | N/A | N/A | 0.00 |
| NOTFILED | American Arbitration Association | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 59,192.27 | N/A | N/A | 0.00 |
| NOTFILED | American Express Business Finance | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Best Value Inn c/o Innworks Attn: Direct | 7100-000 | 108.20 | N/A | N/A | 0.00 |
| NOTFILED | Americlnn of Shawano | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | AmeriTitle & Abstract Inc. | 7100-000 | 109.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Refreshment Services | 7100-000 | 804.66 | N/A | N/A | 0.00 |
| NOTFILED | Ask Services Inc. | 7100-000 | 831.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 3,692.51 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 510.40 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Internet Services | 7100-000 | 18,818.03 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Managed Internet Services | 7100-000 | 561.88 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 114.95 | N/A | N/A | 0.00 |
| NOTFILED | Atmos Energy | 7100-000 | 223.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Attorneys Title Insurance Fund | 7100-000 | 70,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorneys' Title Insurance Fund | 7100-000 | 6,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bandwidth.com Dept CH 17337 | 7100-000 | 5,094.77 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America & Bank of New York | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, f/k/a Creditor Interchange | 7100-000 | 1,400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, N.A. | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Moon | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Belpro Fire Specialists Inc. | 7100-000 | 161.33 | N/A | N/A | 0.00 |
| NOTFILED | Best Western | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Western Campus Inn | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Bi-State Industries Inc | 7100-000 | 2,423.00 | N/A | N/A | 0.00 |
| NOTFILED | Blanca Corral | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | BMT Leasing Inc. c/o Barbara Lanza Farley | 7100-000 | 23,452.46 | N/A | N/A | 0.00 |
| NOTFILED | Bradley and Lori Emmert c/o Rollie Hanson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BRB Abstracting Inc. | 7100-000 | 6,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Brown County Register Deeds | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | Bud Alamprase c/o Thomas M. Breen, Esq | 7100-000 | 125,975.71 | N/A | N/A | 0.00 |
| NOTFILED | Business Only Broadband | 7100-000 | 1,688.08 | N/A | N/A | 0.00 |
| NOTFILED | HQ Global Workplaces | 7100-000 | 2,518.10 | N/A | N/A | 0.00 |
| NOTFILED | HSW Associates Inc. | 7100-000 | 6,045.50 | N/A | N/A | 0.00 |
| NOTFILED | Impact Networking | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Impact Networking | 7100-000 | 31,326.38 | N/A | N/A | 0.00 |
| NOTFILED | Information Services of IL Attn: Accounting Dept. | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | James Long-Grande Market 5793 | 7100-000 | 9,811.20 | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Sederquist | 7100-000 | 5,247.00 | N/A | N/A | 0.00 |
| NOTFILED | John McDonald c/o David T. Streett, Esq. | 7100-000 | 22,869.75 | N/A | N/A | 0.00 |
| NOTFILED | John Roger Cox, Attorney | 7100-000 | 4,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Juan Oblitas c/o William Kevin Russell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | K&L Gates | 7100-000 | 4,329.53 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Treasurer | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Kendall County Recorder | 7100-000 | 245.50 | N/A | N/A | 0.00 |
| NOTFILED | Kenosha Co. Register of Deeds | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance | 7100-000 | 63,294.86 | N/A | N/A | 0.00 |
| NOTFILED | King Klean | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Laclede Gas Company | 7100-000 | 723.24 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lake County Recorder | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| NOTFILED | LandAmerica Financial Group Attn: Robert Gandhi | 7100-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Laraway Center, LLC c/o Steven Plato Troy, Esq. | 7100-000 | 24,098.52 | N/A | N/A | 0.00 |
| NOTFILED | Law Bulletin | 7100-000 | 322.75 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of James Kottaras, P.C. | 7100-000 | 8,621.20 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Jeffery Herzog | 7100-000 | 331.25 | N/A | N/A | 0.00 |
| NOTFILED | Lawyer's Title Insurance Co. | 7100-000 | 252,755.12 | N/A | N/A | 0.00 |
| NOTFILED | Leslie Bishop c/o Rodney Salvati | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lombardi Center, LLC c/o Commercial Horizon, Inc. | 7100-000 | 20,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Madison County Recorder | 7100-000 | 230.60 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Leasing | 7100-000 | 10,595.61 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Leasing Corp | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mastercraft Coffee Service | 7100-000 | 495.12 | N/A | N/A | 0.00 |
| NOTFILED | McDonald Title Company, Inc. | 7100-000 | 391.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Recorder | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Metropolitan Title Data, Inc. | 7100-000 | 4,009.50 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Energy | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Milwaukee Office Products Inc | 7100-000 | 896.54 | N/A | N/A | 0.00 |
| NOTFILED | Monika Bartiomiejczuk Magic Cleaning Services | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 9,400.00 | N/A | N/A | 0.00 |
| NOTFILED | National Land Title Insurance | 7100-000 | 134,000.00 | N/A | N/A | 0.00 |
| NOTFILED | New Edge Networks Wan Unit 47 | 7100-000 | 1,211.54 | N/A | N/A | 0.00 |
| NOTFILED | New Haven Companies | 7100-000 | 3,707.88 | N/A | N/A | 0.00 |
| NOTFILED | Newitech LLC | 7100-000 | 51.69 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 1,504.07 | N/A | N/A | 0.00 |
| NOTFILED | Noonan & Lieberman | 7100-000 | 155,044.03 | N/A | N/A | 0.00 |
| NOTFILED | NPSCO | 7100-000 | 98.06 | N/A | N/A | 0.00 |
| NOTFILED | Office Depot, Inc. | 7100-000 | 60,995.49 | N/A | N/A | 0.00 |
| NOTFILED | On letterhead | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Plaza at High Crossing, LLC c/o Ethan Miller/ | 7100-000 | 41,324.77 | N/A | N/A | 0.00 |
| NOTFILED | Peninsula Title Co | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Bank, Inc. c/o Borst & Collins, LLC | 7100-000 | 54,943.00 | N/A | N/A | 0.00 |
| NOTFILED | Plainfield Jr. Village (School) | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Plainfield Pediatric Dentistry | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Polo Towne Crossing c/o Gini Marziani, Davis McGra | 7100-000 | 407,845.77 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Portable Cooling and Heating | 7100-000 | 1,665.00 | N/A | N/A | 0.00 |
| NOTFILED | Portage County Title LLC | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | Postage By Phone Plus | 7100-000 | 13,443.38 | N/A | N/A | 0.00 |
| NOTFILED | Professional Communication Systems | 7100-000 | 1,407.08 | N/A | N/A | 0.00 |
| NOTFILED | Progress Energy | 7100-000 | 220.05 | N/A | N/A | 0.00 |
| NOTFILED | Promo Hagen | 7100-000 | 4,991.00 | N/A | N/A | 0.00 |
| NOTFILED | Property Info | 7100-000 | 19,515.50 | N/A | N/A | 0.00 |
| NOTFILED | Property Info Corporation Bill Helmer, Esq. | 7100-000 | 32,515.50 | N/A | N/A | 0.00 |
| NOTFILED | Property Insights | 7100-000 | 5,352.50 | N/A | N/A | 0.00 |
| NOTFILED | Quality Title Inc | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Quill Corporation | 7100-000 | 3,842.83 | N/A | N/A | 0.00 |
| NOTFILED | Qwest Internet/Phone Ser (Bus. Services) | 7100-000 | 187,113.01 | N/A | N/A | 0.00 |
| NOTFILED | Ramada, Ltd. Sturtevant | 7100-000 | 282.75 | N/A | N/A | 0.00 |
| NOTFILED | Ramquest Software Inc. | 7100-000 | 7,100.00 | N/A | N/A | 0.00 |
| NOTFILED | RCG Enterprises | 7100-000 | 691.56 | N/A | N/A | 0.00 |
| NOTFILED | RDD Imaging, Inc. Michael P. Edgerton, Esq | 7100-000 | 1,574.13 | N/A | N/A | 0.00 |
| NOTFILED | Real Central LLC | 7100-000 | 23,141.35 | N/A | N/A | 0.00 |
| NOTFILED | Realty Data Corp | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Remax | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| NOTFILED | RGB Construction Co. | 7100-000 | 19,212.96 | N/A | N/A | 0.00 |
| NOTFILED | Richard L. Zaffiro | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Riordan and Scully Insurance | 7100-000 | 11,403.00 | N/A | N/A | 0.00 |
| NOTFILED | RLJ Closing Services, Inc. | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | Sawyer County Abstract and Title | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Secure On-Site Shredding | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 6,858.09 | N/A | N/A | 0.00 |
| NOTFILED | Shumaker Loop & Kendrick LLP | 7100-000 | 43,979.58 | N/A | N/A | 0.00 |
| NOTFILED | Signs By Tomorrow | 7100-000 | 90.13 | N/A | N/A | 0.00 |
| NOTFILED | Spectrum Development Group, LLC Attn: Robert C. We | 7100-000 | 5,846.75 | N/A | N/A | 0.00 |
| NOTFILED | St. Louis County Attn: Collector of Revenue | 7100-000 | 2,003.37 | N/A | N/A | 0.00 |
| NOTFILED | State Farm | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Insurance | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Stelletto & Schwartz Attn: David Allen | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Stewart Title Guaranty Co - Claims | 7100-000 | 83,763.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stewart Title Guaranty Co. c/o M. Catheryn Oakland | 7100-000 | 14,304.65 | N/A | N/A | 0.00 |
| NOTFILED | Stewart Title Guaranty Company c/o Michael Cohn/Aw | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunshine Signing Connection | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | T M Title Service Inc | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | T&G, LLC | 7100-000 | 18,621.20 | N/A | N/A | 0.00 |
| NOTFILED | Taxes Unlimited, Inc. | 7100-000 | 3,145.00 | N/A | N/A | 0.00 |
| NOTFILED | TG Express c/o Charles Price, Koshiba Agena | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Times | 7100-000 | 537.88 | N/A | N/A | 0.00 |
| NOTFILED | Those Girls Abstracting | 7100-000 | 653.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 3,471.79 | N/A | N/A | 0.00 |
| NOTFILED | Title Marketing Co., Inc. | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Munster | 7100-000 | 67.26 | N/A | N/A | 0.00 |
| NOTFILED | Transnations Title Ins Premium | 7100-000 | 15,999.06 | N/A | N/A | 0.00 |
| NOTFILED | Travelers CL & Speciality Remittance Cntr | 7100-000 | 22,227.38 | N/A | N/A | 0.00 |
| NOTFILED | TSI Title Services, LLC | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| NOTFILED | TTR Shipping | 7100-000 | 2,045.80 | N/A | N/A | 0.00 |
| NOTFILED | U-Haul Storage Park Street | 7100-000 | 186.15 | N/A | N/A | 0.00 |
| NOTFILED | United Parcel Service | 7100-000 | 86,212.96 | N/A | N/A | 0.00 |
| NOTFILED | Unlimited Graphix | 7100-000 | 2,647.13 | N/A | N/A | 0.00 |
| NOTFILED | US Bank US Bancorp Center | 7100-000 | 2,660.01 | N/A | N/A | 0.00 |
| NOTFILED | US Express Leasing Inc. Dept #1608 | 7100-000 | 46,740.79 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Florida Inc | 7100-000 | 5,640.08 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Online | 7100-000 | 110.47 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 30,027.57 | N/A | N/A | 0.00 |
| NOTFILED | Village of Plainfield -Water Dept. | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Vitec Online | 7100-000 | 737.65 | N/A | N/A | 0.00 |
| NOTFILED | W.R. Stewart & Associates, S.C. | 7100-000 | 41,324.77 | N/A | N/A | 0.00 |
| NOTFILED | Walworth Co Register of Deeds | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| NOTFILED | Water Boy, Inc | 7100-000 | 236.64 | N/A | N/A | 0.00 |
| NOTFILED | Waushara Abstract Corp | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Services | 7100-000 | 4,385.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Print Card Services | 7100-000 | 188.27 | N/A | N/A | 0.00 |
| NOTFILED | Whitnall-Summit Company, LLC c/o David Wanta/Trapp | 7100-000 | 94,546.76 | N/A | N/A | 0.00 |
| NOTFILED | XO Communications | 7100-000 | 5,290.08 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 8,438,122.93 | 919,371.05 | 919,371.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00082  
**Case Name:** FURMAN, ANDREW J  

**Period Ending:** 02/13/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 01/04/10 (f)  
**§341(a) Meeting Date:** 02/03/10  
**Claims Bar Date:** 05/10/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11750 Dutch Settlement Vandalia, MI. | 75,000.00 | 18,550.00 | | 40,000.00 | FA |
| 2 | 13356 Millbrook | 350,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | BANK ACCOUNTS | 117.92 | 0.00 | | 0.00 | 0.00 |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6 | INTERESTS IN EDUCATION IRA | 28,431.45 | 0.00 | | 0.00 | FA |
| 7 | PENSION PLANS AND PROFIT SHARING | 42,406.55 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES | 14,575.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 9.91 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$511,530.92** | **$18,550.00** | | **$40,009.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed, distribution made.  Trustee awaiting clearance of checks

**Initial Projected Date Of Final Report (TFR):**           **Current Projected Date Of Final Report (TFR):**    November 15, 2010  (Actual)

Printed: 02/13/2011 07:58 PM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-00082
**Case Name:** FURMAN, ANDREW J

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******20-65 - Money Market Account

**Taxpayer ID #:** **-***8815
**Period Ending:** 02/13/11

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/10 | {1} | Frank Furman | Partial payment towards purchase of Trustee right title and interest : Motion is up May 30th | 1110-000 | 30,000.00 | | 30,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 30,000.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.79 | | 30,001.84 |
| 06/08/10 | {1} | Frank Furman | Final payment | 1110-000 | 10,000.00 | | 40,001.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.14 | | 40,003.98 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.38 | | 40,006.36 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.38 | | 40,008.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,009.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,009.39 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,009.71 |
| 12/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.20 | | 40,009.91 |
| 12/17/10 | | To Account #9200******2066 | to close | 9999-000 | | 40,009.91 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 40,009.91 | 40,009.91 | $0.00 |
| Less: Bank Transfers | 0.00 | 40,009.91 | |
| **Subtotal** | 40,009.91 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,009.91** | **$0.00** | |

{} Asset reference(s)

Printed: 02/13/2011 07:58 PM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-00082 | **Trustee:** | DEBORAH K. EBNER (330480) | |
| **Case Name:** | FURMAN, ANDREW J | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******20-66 - Checking Account | |
| **Taxpayer ID #:** | **-***8815 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 02/13/11 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/10 | | From Account #9200******2065 | to close | 9999-000 | 40,009.91 | | 40,009.91 |
| 12/18/10 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $4,750.91, Trustee Compensation;  Reference: Voided on 01/02/11 | 2100-000 | | 4,750.91 | 35,259.00 |
| 12/18/10 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $474.26, Trustee Expenses;  Reference: Voided on 01/02/11 | 2200-000 | | 474.26 | 34,784.74 |
| 12/18/10 | 103 | Popowcer Katten | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);  Reference: Voided on 01/02/11 | 3410-000 | | 967.50 | 33,817.24 |
| 12/18/10 | 104 | Internal Revenue Service | Dividend paid  52.88% on $63,940.54; Claim# 7; Filed: $63,940.54; Reference: Voided on 01/02/11 | 5800-000 | | 33,817.24 | 0.00 |
| 01/02/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $4,750.91, Trustee Compensation;  Reference: Voided: check issued on 12/18/10 | 2100-000 | | -4,750.91 | 4,750.91 |
| 01/02/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $474.26, Trustee Expenses;  Reference: Voided: check issued on 12/18/10 | 2200-000 | | -474.26 | 5,225.17 |
| 01/02/11 | 103 | Popowcer Katten | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);  Reference: Voided: check issued on 12/18/10 | 3410-000 | | -967.50 | 6,192.67 |
| 01/02/11 | 104 | Internal Revenue Service | Dividend paid  52.88% on $63,940.54; Claim# 7; Filed: $63,940.54; Reference: Voided: check issued on 12/18/10 | 5800-000 | | -33,817.24 | 40,009.91 |
| 01/03/11 | 105 | DEBORAH K. EBNER | Dividend paid 100.00% on $4,750.91, Trustee Compensation;  Reference: | 2100-000 | | 4,750.91 | 35,259.00 |
| 01/03/11 | 106 | DEBORAH K. EBNER | Dividend paid 100.00% on $474.26, Trustee Expenses;  Reference: | 2200-000 | | 474.26 | 34,784.74 |
| 01/03/11 | 107 | Popowcer Katten | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 967.50 | 33,817.24 |
| 01/03/11 | 108 | Internal Revenue Service | Dividend paid  52.88% on $63,940.54; Claim# 7; Filed: $63,940.54; Reference: | 5800-000 | | 33,817.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,009.91 | 40,009.91 | $0.00 |
| | | | Less: Bank Transfers | | 40,009.91 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 40,009.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$40,009.91** | |

{} Asset reference(s)   Printed: 02/13/2011 07:58 PM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-00082  
**Case Name:** FURMAN, ANDREW J  
**Taxpayer ID #:** **-***8815  
**Period Ending:** 02/13/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******20-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******20-65** | **40,009.91** | **0.00** | **0.00** |
| **Checking # 9200-******20-66** | **0.00** | **40,009.91** | **0.00** |
| | **$40,009.91** | **$40,009.91** | **$0.00** |

{} Asset reference(s)

Printed: 02/13/2011 07:58 PM    V.12.54